NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BAMC DEVELOPMENT HOLDING, LLC,  )
                                )
             Appellant,         )
                                )
v.                              )       Case No. 2D18-3107
                                )
BIEL REO, LLC; CCIC I LLC; PAUL J. )
KLIMCZAK; KENNETH HAY;          )
CHRISTOPHER SCOTT; THOMAS ORTIZ; )
PETER HANNOUCHE; 720 SOUTH      )
HOWARD, LLC; OLD HARBOR BANK; and )
UNKNOWN TENANTS,                )
                                )
             Appellees.         )
_____ )

Opinion filed November 27, 2019.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

W. Bart Meacham, Tampa, for Appellant.

Craig S. Barnett of Greenberg Traurig, P.A.,
Fort Lauderdale; Craig S. Barnett of
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A., Fort Lauderdale (substituted
as counsel of record), for Appellees Biel
REO, LLC and CCIC I LLC.

No appearance for remaining Appellees.


PER CURIAM.

Affirmed.

NORTHCUTT, SLBERMAN, and BLACK, JJ., Concur.